UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES WEBB,

                          Petitioner,

  -against-

JAMES J. WALSH, Superintendent,

                        Respondent.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 6629 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 1 5 2005 ✦

**BROOKLYN OFFICE**

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on December 12, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       December 14, 2005

                        s/Robert C. Heinemann  -
                        ROBERT C. HEINEMANN
                        Clerk of Court